```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

RONNIE STEVENS COBY,                :

    Plaintiff,                  :

vs.                                 :

                                        CIVIL ACTION 11-0512-WS-M

MICHAEL J. ASTRUE,                  :
Commissioner of
Social Security,                    :

    Defendant.                  :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendant's Motion to Dismiss (Doc. 13) be GRANTED and that this action be DISMISSED, without prejudice.

DONE this 13th day of March, 2012.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE