```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION


RONNIE STEVENS COBY,              :

    Plaintiff,                    :

vs.                               :
                                         CIVIL ACTION 11-0512-WS-M
MICHAEL J. ASTRUE,                :
Commissioner of
Social Security,                  :

    Defendant.                    :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Ronnie Stevens Coby.

DONE this 13th day of March, 2012.


                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE